**Order entered February 20, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01211-CR

**GLENN RAYSHON PIERCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F11-70146-J**

## ORDER

In the exhibit volume of the reporter's record filed on December 12, 2012, court reporter Kimberly Xavier indicated the CD admitted as State's Exhibit no. 12 would be sent separately to the Court. To date, however, we have not received the exhibit.

Accordingly, we **ORDER** Kimberly Xavier, official court reporter of the Criminal District Court No. 3, to file a supplemental record containing State's Exhibit no. 12 within **FIFTEEN DAYS** of the date of this order.

/s/    LANA MYERS
        JUSTICE